IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMMY PERRY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 09-5645 |
| | : | |
| REDNER'S MARKETS, INC., | : | |
|     Defendant | : | |

## O R D E R

**AND NOW,** this 30th day of September, 2013, upon careful consideration of the defendant's motion for summary judgment (Document #49), the plaintiff's response thereto (Document #52), and the defendant's reply (Document #61), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.